6/16/70   FILED MOTION TO TRANSFER - by Community Programs, Inc., Memo of Points and authorities in support of the motion to transfer, and proof of service and Affidavit.

6/30/70   FILED Order denying transfer of Civil Action No. 6628, W.D. Ky. and Civil Action No. 1226-70, D.C.  Sent to all counsel, involved judges and clerks.

DOCKET NO. 52

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

JP-52 - COMMUNITY PROGRAMS CONTRACT LITIGATION

**TRANSFER DENIED - 6/30/70**

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Community Programs, Inc. v. Singer-General Precision Co. & Graflex, Inc. | D.C. No. 1226-70 | Denied | 6/30/70 | |
| A-2 | Graflex, Inc. v. Community Programs, Inc. | W.D. Ky. No. ~~6628~~ 2460 | Denied | 6/30/70 | |

DOCKET NO. 52

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

JP- 52 - COMMUNITY PROGRAMS CONTRACT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Community Programs, Inc.<br>James C. Eastman, Esq.<br>925 Washington Bldg.<br>Washington, D.C. 20005 | Singer-General Precision Co.<br>Max O. Truitt, Jr., Esq.<br>900 17th St., N.W.<br>Washington, D.C.<br><br>Graflex, Inc.<br>1030 15th St., N.W.<br>Washington, D.C. |
| A-2 | Graflex, Inc.<br>Will Tom Wathen, Esq.<br>111 Court St.<br>Morganfield, Kentucky 42437 | Community Programs, Inc.<br>Robert C. Hobson<br>WOODWARD, HOBSON & FULTON<br>1805 Kentucky Home Life Bldg.<br>Louisville, Kentucky 40202 |