*Unpublished*



DOCKET NO. 52

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JUN 29 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COMMUNITY PROGRAMS CONTRACT LITIGATION

### ORDER

Upon consideration of the motion to transfer and brief in support thereof filed by counsel for Community Programs, Inc., it is manifest that the two actions involved in this litigation are not "exceptional cases sharing unusually complex questions of fact" are are therefore not appropriate for transfer under 28 U.S.C. §1407. *In re Scotch Whiskey Litigation*, 299 F.Supp. 543 (JPML 1969). In order to avoid any delay in the processing of these actions in the courts in which they were filed, the motion will be treated summarily and without a hearing.

IT IS THEREFORE ORDERED that said motion to transfer under 28 U.S.C. §1407 is hereby denied without prejudice to the right of any party to seek transfer under 28 U.S.C. §§1404(a) or 1406(a) if appropriate.

FOR THE PANEL:

_____
Alfred P. Murrah
Chairman